AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| DERRICK GRAYS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24cv217-GHD-DAS |
| UNITED PARCEL SERVICE, INC. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Brotherhood of Teamsters Local 891.

Date: 08/08/2025

*Attorney's signature*

KELLY H. STRINGER (MSB No. 103293)
*Printed name and bar number*

401 E. Capitol Street,
Suite 200
Jackson, Mississippi 39201

*Address*

kelly@maxeywann.com
*E-mail address*

(601) 355-8855
*Telephone number*

(601) 355-8881
*FAX number*

**CERTIFICATE OF SERVICE**

The undersigned caused the above and foregoing document to be filed with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

This 8th day of August, 2025.

/s/Kelly H. Stringer
Kelly H. Stringer