IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DERRICK GRAYS**                                                                              **PLAINTIFF**

**VS.**                                                  **CAUSE NO. 1:24-CV-00217-GHD-DAS**

**UNITED PARCEL SERVICE, INC.,**
**INTERNATIONAL BROTHERHOOD OF**
**TEAMSTERS LOCAL 891**                                               **DEFENDANTS**

## MOTION TO WITHDRAW AS ATTORNEY

The undersigned, Charles H. Best, III, moves this Honorable Court for permission to withdraw as counsel of record for Defendant International Brotherhood of Teamsters Local 891 ("Union Defendant") in the above-styled case. In support of this Motion, the Movant states as follows:

1. William H. Hussey and Charles H. Best, III of the law firm Maxey Wann PLLC are counsel of record for Union Defendant in this matter.

2. Charles H. Best, III is respectfully requesting that he be removed as attorney of record for Union Defendant in this matter.

3. Union Defendant will continue to be represented by William H. Hussey, Kelly H. Stringer, Julie Richard Spencer, Kevin Mason Smith, and Paula M. Bruner who have previously entered an appearance on behalf of Union Defendant and who will remain counsel of record in this matter. Accordingly, Union Defendant's rights will not be prejudiced by the withdrawal of counsel requested herein.

4. By filing this Motion Charles H. Best, III has duly noticed all parties, including the Union Defendant through its counsel William H. Hussey.

WHEREFORE, PREMISES CONSIDERED, William H. Hussey, Kelly H. Stringer, and Charles H. Best, III of Maxey Wann PLLC, counsel for the Union Defendant, respectfully pray that Charles H. Best, III be granted leave to withdraw as counsel.

RESPECTFULLY SUBMITTED, this the 11th day of August, 2025.

By: /s/Charles H. Best, III_____
William H. Hussey (MBN 102322)
Kelly H. Stringer (MBN 10329)
Charles H. Best, III (MBN 106451)
Maxey Wann, PLLC
401 E. Capitol Street, Suite 200 (39201)
Post Office Box 3977
Jackson, Mississippi 39207-3977
(601) 355-8855
(601) 355-8881 Facsimile
william@maxeywann.com
kelly@maxeywann.com
charles@maxeywann.com

/s/ *Julie Richard Spencer*_____
Julie Richard Spencer (LA Bar No. 20340)*
Kevin Mason Smith (LA Bar No. 31394)*
Paula M. Bruner (LA Bar No. 30417)*
*Admitted Pro Hac Vice*
ROBEIN, URANN,
SPENCER, PICARD & CANGEMI, APLC
2540 Severn Avenue, Suite 400
Metairie, LA 70002
Phone: (504) 885-9994
Fax:   (504) 885-9969
Email: jrichard@ruspclaw.com
Email: kmason@ruspclaw.com
Email: pbruner@ruspclaw.com

**CERTIFICATE OF SERVICE**

The undersigned caused the above and foregoing document to be filed with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record:

This 11th day of August, 2025.

/s/Charles H. Best, III  
Charles H. Best, III